

# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

DARLENE BYRNE, CHIEF JUSTICE
GISELA D. TRIANA, JUSTICE
CHARI L. KELLY, JUSTICE
ROSA LOPEZ THEOFANIS, JUSTICE
KARIN CRUMP, JUSTICE
MAGGIE ELLIS, JUSTICE

JEFFREY D. KYLE, CLERK

**RECEIVED**

July 1, 2025

Fifteenth Court of Appeals
Christopher A. Prine
Clerk of Court

June 9, 2025

The Honorable Christopher A. Prine
Fifteenth Court of Appeals
300 W. 15th Street, Suite 607
Austin, Texas 78701
*DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     15-25-00065-CV
        Trial Court Case Number:     D-1-GN-23-003634

Style:  Ichabod "Quint" Balkcom
        v. Texas Parks and Wildlife Department

Dear Honorable Christopher A. Prine:

The Third Court of Appeals agrees to accept the transfer from the Fifteenth Court of Appeals of the appeal styled Ichabod "Quint" Balkcom v. Texas Parks and Wildlife Department, No. 15-25-00065-CV. *See* Tex. R. App. P. 27a.

Very truly yours,

Jeffrey D. Kyle, Clerk

cc:     Joseph Keeney
        William S. Hommel Jr.